UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.                                                  Case No:  2: 24-cr-70-SPC-NPM

RAMON LISANDRO VEIGA-
MAGDALENO,

_____/

## OPINION AND ORDER

Before the Court is the Defendant's Unopposed Motion for Return of Passport.  (Doc. 54).  At the initial appearance hearing, the Court ordered Defendant Ramon Lisandro Veiga-Magdaleno to relinquish his passport to the Clerk of Court.  (Docs. 13; 17).  On November 1st, 2024, the Defendant and the government executed/entered into a Plea Agreement as to Count One of the Indictment, Selling and Offering to Sell Migratory Birds, in violation of 16 U.S.C. §§ 703 and 707(b)(2). (Doc. 37). The District Court sentenced the Defendant to a one-year term of Probation, and on February 25, 2026, USPO advised that the Defendant successfully completed his term of probation. (Doc. 54).  As indicated in the motion, the government does not object to the relief sought by defendant. (Doc. 54).  The Court, therefore, will grant the unopposed request for release of the defendant's passport.

Accordingly, it is now

**ORDERED:**

(1) The Unopposed Motion for Return of Passport (Doc. 54) is **GRANTED**.

(2) The Clerk of Court is **DIRECTED** to return the passport of Ramon Lisandro Veiga-Magdaleno.

**DONE** and **ORDERED** in Fort Myers, Florida on March 24, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2